# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 747 MAL 2018

                      Respondent :

                                   : Petition for Allowance of Appeal from
                                   : the Order of the Superior Court

                v. :

                                   :

JOHN E. TORRES, :

                      Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.